Yolanda M. AGUIRRE; Ana M. Morris;
Corina Ramos; Rose Urdialez; Olga
Zertuche; Alejandra S. Amie; Nara
Deleon; Sylvia Diahnn Sanchez,
Plaintiffs–Appellants

v.

SBC COMMUNICATIONS INC; South-
western Bell Telephone Co; South-
western Bell Telephone LP, Defen-
dants–Appellees.

No. 08–20042.

United States Court of Appeals,
Fifth Circuit.

Nov. 6, 2008.

Jared R. Woodfill, V., Houston, TX, for
Plaintiffs–Appellants.

Teresa S. Valderrama, Baker Botts,
Houston, TX, Elizabeth K. Ferrell, The
City of Houston Legal Department, Hous-
ton, TX, for Defendants–Appellees.

Before REAVLEY, CLEMENT, and
PRADO, Circuit Judges.

PER CURIAM: *

The issue in this appeal is whether the
district court properly granted summary
judgment to Defendant–Appellee South-
western Bell Telephone L.P. ("SWB") af-
ter concluding that Plaintiffs–Appellants
Yolanda Aguirre, Ana Morris, Corina Ra-
mos, Rose Urdialez, Olga Zertuche, Ale-
jandra S. Amie, Nara Deleon, and Sylvia
Diahnn Sanchez ("Sanchez") (collectively
"Plaintiffs") were exempt from the over-
time provisions of the Fair Labor Stan-

dards Act, 29 U.S.C. §§ 201–219, because
they were "executives" under 29 C.F.R.
§ 541.100(a). Plaintiffs also appeal the
district court's denial of their motion to
reconsider. Finally, Plaintiffs assert that
the district court erred in granting sum-
mary judgment in favor of SWB on Plain-
tiff Sanchez's retaliation claim.

We affirm the judgment of the district
court for the reasons stated in the district
court's thorough memorandum and order
dated September 30, 2007, granting SWB's
motion for summary judgment, and its
memorandum and opinion dated December
20, 2007, denying Plaintiffs' motion for re-
consideration.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.